**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**FARMERS BANK AND TRUST COMPANY**                                   **PLAINTIFF**

v.                           **CASE NO. 3:10-CV-00173 BSM**

**AMERIS OF ARKANSAS, LLC;**
**AMERIS OF OSCEOLA, LLC;**
**FIRST TENNESSEE BANK NATIONAL**
**ASSOCIATION; and**
**MISSISSIPPI COUNTY, d/b/a**
**MISSISSIPPI COUNTY HOSPITAL SYSTEM**                               **DEFENDANTS**

**MISSISSIPPI COUNTY, d/b/a**
**MISSISSIPPI COUNTY HOSPITAL SYSTEM**                               **CROSSCLAIMANT**

v.

**FIRST TENNESSEE BANK NATIONAL**
**ASSOCIATION**                                                      **CROSSDEFENDANT**

**FIRST TENNESSEE BANK NATIONAL**
**ASSOCIATION**                                                      **CROSSCLAIMANT**

v.

**MISSISSIPPI COUNTY, d/b/a**
**MISSISSIPPI COUNTY HOSPITAL SYSTEM**                               **CROSSDEFENDANT**

**ORDER**

The funds deposited by Farmers Bank and Trust Company into the registry of the court are to be invested in an interest-bearing account.

IT IS SO ORDERED this 26th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE