IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MISSISSIPPI COUNTY
d/b/a MISSISSIPPI COUNTY HOSPITAL SYSTEM;
AMERIS OF ARKANSAS, LLC; AND
AMERIS OF OSCEOLA, LLC                                              PLAINTIFFS

v.                         CASE NO. 3:10CV00173 BSM

FIRST TENNESSEE BANK
NATIONAL ASSOCIATION                                                DEFENDANT

## ORDER

Pursuant to the parties' agreement, all accrued interest remaining in the court's registry shall be distributed to plaintiff Mississippi County, d/b/a Mississippi County Hospital System.

IT IS SO ORDERED this 13th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE